CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH RIVAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH RIVAS,<br><br>  Defendant. | Case No. CR 21-538-VAP<br><br>**STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING**<br><br>Current Sentencing Date:<br>January 8, 2024<br><br>Proposed Sentencing Date:<br>January 29, 2024 |

It is hereby stipulated and agreed by and between Plaintiff, United States of America, through Assistant United States Attorney Jason Gorn, and Kenneth Rivas, through his attorney, Howard Shneider, that:

1. Mr. Rivas's case is currently set for a preliminary revocation hearing on January 8, 2024.

2. The majority of the allegations in the violation petition stem from an arrest by the Santa Barbara County Sheriff's Office on December 4, 2023. Supplemental police reports are still forthcoming from that arrest. The parties are also awaiting further information about what charges may be filed in state court related to the December 4 arrest.

3. Defense counsel needs additional information about the state case and additional time to confer with Mr. Rivas to be able to properly advise Mr. Rivas about

how to proceed with the violation hearing. Accordingly, the defense requests a continuance to have a better sense of how to move forward with the case.

4. The government has no objection to the requested continuance.

5. The probation officer also indicated in email communications with counsel that he does not object to a continuance.

6. For all these reasons, the parties respectfully request that the Court continue the sentencing hearing from January 8, 2024 to January 29, 2024.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 5, 2024          By /s/ Howard Shneider

Howard Shneider
Deputy Federal Public Defender


E. MARTIN ESTRADA
United States Attorney

DATED: January 5, 2024          By /s/ per email authorization

Jason Gorn
Assistant United States Attorney

2